**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103



KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

2004 AUG 23  A 10: 52

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

Mary Wiggins
DEPUTY-IN-CHARGE
HARTFORD

U.S. DISTRICT COURT
HARTFORD, CT.

August 16, 2004

Martin Clayman
Three Regency Dr.
Bloomfield, CT 06002

Re: Case Name: CONTRACTORS HOME v CLARKE DISTRIBUTION
Number: 3-00-cv-1630 (CFD)

Dear Attorney Clayman:

As the above matter has been disposed of in this court:

The plaintiff's exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

If they are not picked up by September 16, 2004, they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
Devorah Johnson
Deputy Clerk

ACKNOWLEDGMENT: _M. Hodkin_  DATE: _8-23-04_