**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

FILED
2004 AUG 30 A 10: 59

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

Mary Wiggins
DEPUTY-IN-CHARGE
HARTFORD

U.S. DISTRICT COURT
HARTFORD, CT.

August 23, 2004

Alicia Downey
150 Federal St
Boston, MA

    Re: Case Name: CONTRACTORS HOME v CLARKE DISTRIBUTION
        Number: 3-00-cv-1630 (CFD)

Dear Attorney Downey:

As the above matter has been disposed of in this court:

Enclosed are the following exhibit(s):

    Defendant's exhibits

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                Sincerely,

                Kevin F. Rowe, Clerk

                BY _____
                    Devorah Johnson
                    Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: 8/26/04